PROB 12B
(7/93)

# United States District Court

for

Middle District of Alabama

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jeremy Paris Curtis                    Case Number: 2:01CR00104-001

Name of Sentencing Judicial Officer: Myron H. Thompson, U.S. District Judge

Date of Original Sentence: September 3, 2002

Original Offense: Escape from Federal Custody

Original Sentence: 21 months custody of BOP; followed by a 3 year term of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: June 10, 2005

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

**The defendant shall participate in the Home Confinement Program for a period of <u>six (6)</u> months to begin at a time designated by the probation officer. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant will maintain a telephone at his residence, without a modem, "call forwarding", "Caller ID", "call waiting", or portable cordless telephones, for the above period. At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic procedures specified by the probation officer. The defendant shall pay the cost of electronic monitoring as directed by the probation officer.**

## CAUSE

On July 18, 2006, Curtis submitted to a drug screen which tested presumptive positive for cocaine. After receiving confirmation of his drug positive, Curtis admitted to using ecstasy on July 17, 2006, while he was at work (a local bar), but denied using cocaine. This is Curtis' third drug positive and he will reenter outpatient treatment at CAP. Prior to this violation, Curtis attended CAP, but was unable to complete due to transportation problems. Curtis has agreed to the above modification and signed Probation Form 49. If Curtis fails to complete his drug treatment, tests positive again, or violates his home confinement, a revocation hearing will be recommended. In addition, Curtis is currently attempting to secure more suitable employment.

PROB 12B
(7/93)
2

                                              Respectfully submitted,

                          by    /s/ Kevin Poole

                                              U.S. Probation Officer
                                              Date: August 17, 2006

Reviewed and approved:   /s/ Scott Wright
                          Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

                                              /s/ Myron H. Thompson
                                            Signature of Judicial Officer

                                              August 25, 2006
                                                        Date